MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
JINA L. CHOI (Admitted in New York)
    choij@sec.gov
JENNIFER J. LEE (Cal Bar No. 261399)
    leejen@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-250

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BENEDICT VAN, HEREUARE, INC., and ECITY, INC.<br><br>Defendants. | Case No. 12-CV-1743 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 13, 2012                    Respectfully submitted,

                                         /s/ Jennifer J. Lee
                                         JENNIFER J. LEE
                                         Attorneys for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION

# CERTIFICATE OF SERVICE

On April 13, 2012, I served the following document:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The document was delivered by e-mail and U.S. Mail to the following parties:

Steve Wurzburg, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover St.
Palo Alto, CA 94304
Steve.wurzburg@pillsburylaw.com
*Counsel for Benedict Van, et al.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2012.

*[signature]*
Janet L. Johnston